# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK ANTHONY COSTANTINO,
Petitioner,

vs.

THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE; AND THE HONORABLE STEVE
L. DOBRESCU, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70132

FILED

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus seeking an order directing the district court to reverse its decision to dismiss a postconviction petition for a writ of habeas corpus. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction because petitioner's adequate legal remedy is by way of an appeal. *See* NRS 34.170; *see also* NRS 34.575(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-18958

cc: Hon. Steve L. Dobrescu, District Judge
Derek Anthony Costantino
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2